1   ANN G. GRIMALDI (BAR NO. 160893)
    McKENNA LONG & ALDRIDGE LLP
2   One Market Plaza
    Spear Tower, Suite 3500
3   San Francisco, CA  94105
    *Telephone:*     (415) 267-4000
4   *Facsimile:*     (415) 267-4198

5   Attorneys for Defendant                          **E-filed 7/27/05**
    ONETOUCH TECHNOLOGIES CORPORATION
6

7

8                   **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10                          **SAN JOSE DIVISION**

11

12   JOHNSON & JOHNSON and              CASE No. CO4 03775 JF PVT
     LIFESCAN, INC.,
13                                      **STIPULATION AND [PROPOSED]**
                    Plaintiffs,         **ORDER CONTINUING FURTHER CASE**
14                                      **MANAGEMENT CONFERENCE**
          v.
15
     ONETOUCH TECHNOLOGIES
16   CORPORATION; and DOES 1 through
     100, inclusive,
17
                    Defendant.
18
19   ONETOUCH TECHNOLOGIES
     CORPORATION,
20
                    Counterclaimant,
21
          v.
22
     JOHNSON & JOHNSON;
23   LIFESCAN, INC; and DOES 101 through
     200, inclusive,
24
                    Counter-defendants.
25

26        WHEREAS, this Court entered its Case Management Order on June 9, 2005 continuing

27   the matter to a Further Case Management Conference on July 29, 2005;

28

McKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE
SF:27188822.1

1    WHEREAS, this matter was ordered to Early Neutral Evaluation ("ENE"), with the

2    anticipation that said ENE would be completed prior to July 29, 2005; and

3    WHEREAS, the parties successfully completed the ENE on June 28, 2005 and are in the

4    process of finalizing a settlement agreement that would resolve all claims and counterclaims in

5    this lawsuit;

6    WHEREAS, the parties' and the court's resources would be conserved, and the efficient

7    administration of justice would be promoted, if the July 29, 2005 Further Case Management

8    Conference were continued to a later date while the parties finalize the settlement of this lawsuit;

9    THE PARTIES THEREFORE stipulate and request that this Court continue the Further

10   Case Management Conference, to allow the parties to finalize settlement of this lawsuit, for

11   approximately 90 days, from July 29, 2005 to October 28, 2005.

12

13   Dated: July 26, 2005                DRINKER BIDDLE & REATH LLP

14
                                        _____
15                                      STEVEN M. SELNA
                                        S. FEY EPLING
16
                                        Attorneys for Plaintiffs/Counter-Defendants
17                                      JOHNSON & JOHNSON and LIFESCAN,
                                        INC.

18   Dated: July 26, 2005                MCKENNA LONG & ALDRIDGE LLP

19
                                        _____
20                                      ANN G. GRIMALDI

21                                      Attorneys for Defendant/Counterclaimant
                                        ONETOUCH TECHNOLOGIES
22                                      CORPORATION

23

24

25

26

27

28

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCEE
SF:27188822.1

1

**ORDER**

2   The parties having so stipulated, and good cause appearing therefor, it is hereby ordered

3 that the Further Case Management Conference presently scheduled for July 29, 2005 be

4 continued until October 28, 2005 at 10:30a.m.

5

6 Dated: 7/27/05     /s/electronic signature authorized

7             HON. JEREMY FOGEL
              UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McKenna Long &
Aldridge LLP
Attorneys At Law
San Francisco

STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCEE

SF:27188822.1