1  STEVEN M. SELNA (State Bar No. 133409)
   S. FEY EPLING (State Bar No. 190025)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105-2235    **E-filed 10/27/05**
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Plaintiffs/Counter-Defendants
   JOHNSON & JOHNSON and LIFESCAN, INC.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

| | |
|---|---|
| JOHNSON & JOHNSON and LIFESCAN, INC., | Case No. C04-03775 JF |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER DISMISSING COMPLAINT AND COUNTERCLAIMS WITH PREJUDICE |
| v. | |
| ONETOUCH TECHNOLOGIES CORPORATION, | |
| Defendant. | |
| ONETOUCH TECHNOLOGIES CORPORATION, | |
| Counterclaimant, | |
| v. | |
| JOHNSON & JOHNSON and LIFESCAN, INC., | |
| Counter-defendants. | |

WHEREAS; the parties have resolved this matter through settlement and reduced that agreement to a writing executed in or about September 2005 (the "Settlement Agreement");

THE PARTIES THEREFORE stipulate and request that this Court enter dismissal

of this action, in its entirety, with prejudice.

Dated: October 26, 2005

DRINKER BIDDLE & REATH LLP

*/s/ Steven M. Selna*
STEVEN M. SELNA
S. FEY EPLING

Attorneys for Plaintiffs/Counter-Defendants JOHNSON & JOHNSON and LIFESCAN, INC.

Dated: October 26, 2005

MCKENNA LONG & ALDRIDGE LLP

ANN G. GRIMALDI

Attorneys for Defendant/Counterclaimant
ONETOUCH TECHNOLOGIES CORPORATION

## ORDER

The parties having so stipulated, and good cause appearing therefor, it is hereby ordered that this matter be dismissed with prejudice.

Dated: 10/27/05       /s/electronic signature authorized
HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE